**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Andre Deshawn Posey, Appellant.

Appellate Case No. 2019-001997

------

Appeal From Richland County
Frank R. Addy, Jr., Circuit Court Judge

------

Unpublished Opinion No. 2022-UP-130
Submitted January 1, 2022 – Filed March 23, 2022

------

**APPEAL DISMISSED**

------

Appellate Defender Victor R. Seeger, of Columbia, for
Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole, and Pardon Services, of Columbia,
for Respondent.

------

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., MCDONALD, J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.